UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TIAGO BOTELHO ALVES OLIVEIRA,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, Boston Field Office Director, U.S. Immigration and Customs Enforcement and Removal Operations, TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement, KRISTI NOEM, Secretary of Homeland Security, PAMELA BONDI, Attorney General of the U.S. and U.S. DEPARTMENT OF HOMELAND SECURITY<br><br>Respondents. | Civil Action No. 25-cv-12735-MJJ |

**MEMORANDUM OF DECISION AND ORDER**

September 30, 2025

JOUN, D.J.

    Tiago Botelho Alves Oliveira ("Mr. Alves Oliveira" or "Petitioner") is a citizen of Brazil and entered the United States without inspection on or about November 13, 2023. [Doc. No. 1 at ¶ 1]. Mr. Alves Oliveira was apprehended at entry and served a Notice to Appear and Order of Release of Recognizance. [*Id*.]. On or about December 29, 2023, the Mr. Alves Oliveira's Notice to Appear was docketed at the Boston Immigration Court. [*Id*. at ¶ 17]. On or about August 6, 2024, Mr. Alves Oliveira filed his application for relief with the Boston Immigration Court. [*Id.* at ¶ 18]. Mr. Alves Oliveira is currently scheduled for an Individual Hearing on the merits of his

1

application for relief on January 12, 2029. [*Id*. at ¶ 19]. On September 24, 2025, Immigration and Customs Enforcement ("ICE") arrested Mr. Alves Olveira in Massachusetts and placed him into custody. [*Id*. at ¶¶ 2, 20]. Mr. Alves Olveira is currently detained at ICE Boston Field Office in Burlington, MA, under the custody of ICE. [*Id*. at ¶ 8].

Mr. Alves Oliveira petitions the Court under 28 U.S.C. § 2241 and the Due Process Clause of the Fifth Amendment for relief from detention. [Doc. No. 1]. In their Response to the Habeas Petition, Respondents acknowledge that the principal legal issues in this case substantially overlap with those in *Hilario Rodriguez v. Moniz*, 25-cv-12358. [Doc. No. 7 at 4]. I incorporate by reference the reasoning in my September 18, 2025 Order granting bond in the *Hilario Rodriguez* case, [25-cv-12358 Doc. No. 22], and find that Mr. Alves Olveira is subject to Section 1226(a)'s discretionary detention framework and is thus eligible for bond.

The Petition for Writ of Habeas is <u>GRANTED</u>. Respondents are <u>ORDERED</u> to provide Mr. Alves Olveira with a bond hearing under 8 U.S.C. § 1226(a) within 10 days of this Order. The Respondents are <u>ENJOINED</u> from denying bond to Mr. Alves Olveira on the basis that he is detained pursuant to 8 U.S.C. § 1225(b)(2). The Respondents are further <u>ORDERED</u> to file a status report within 24 hours of the bond hearing, stating whether Mr. Alves Olveira has been granted bond, and, if his request for bond was denied, the reasons for that denial.

SO ORDERED.

<u>/s/ Myong J. Joun</u><br>
United States District Judge